FILED
9/1/16 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 11-11298-TPA |
| | : | |
| Gary A. Smith and | : | CHAPTER 13 |
| Debra K. Smith, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Gary A. Smith, | : | |
|     Movant, | : | DOCKET NO.:  184 |
| | : | |
|     vs. | : | |
| | : | |
| Unemployment Compensation, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 9001 | : | |

**ORDER TO TERMINATE WAGE ATTACHMENT**

    Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

    **IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Unemployment Compensation is terminated.

    **IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

    **IT IS FUTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS __1st__ day of _____September_____, 2016

_____ vas
Thomas P. Agresti,
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary A. Smith  
Debra K. Smith  
    Debtors

Case No. 11-11298-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Sep 01, 2016  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.  
db/jdb        +Gary A. Smith,   Debra K. Smith,   1122 Old Route 8,   Polk, PA 16342-2032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:  
           Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,  
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Daniel P. Foster    on behalf of Debtor Gary A. Smith dan@mrdebtbuster.com,  
            clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
           Daniel P. Foster    on behalf of Joint Debtor Debra K. Smith dan@mrdebtbuster.com,  
            clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
           Jerome B. Blank    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com  
           Jerome B. Blank    on behalf of Creditor    M&T BANK pawb@fedphe.com  
           Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Peter J. Mulcahy    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,  
            FedPhe@hotmail.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                      TOTAL: 9