**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 11-11298-TPA |
| | : | |
| Gary A. Smith and | : | CHAPTER 13 |
| Debra K. Smith, | : | |
|       Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Gary A. Smith, | : | |
|       Movant, | : | DOCKET NO.: |
| | : | |
|     vs. | : | |
| | : | |
| Unemployment Compensation, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## <u>CERTIFICATE OF SERVICE</u>

     I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>September 6, 2016</u>

By: /s/ Clarissa Bayhurst_____
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**OFFICE OF UC BENEFITS**
**651 BOAS STREET**
**ROOM 610**
**HARRISBURG PA 17121**