**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 11-11298-TPA |
| | : | |
| **Gary A. Smith and** | : | CHAPTER 13 |
| **Debra K. Smith,** | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Gary A. Smith,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Montgomery Truss and Panel Inc.,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 27, 2016         By: /s/ Clarissa Bayhurst
                                        CLARISSA BAYHURST, PARALEGAL
                                        FOSTER LAW OFFICES
                                        Po Box 966
                                        Meadville, PA 16335
                                        Tel 814.724.1165
                                        Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**MONTGOMERY TRUSS AND PANEL INC**
**803 WEST MAIN STREET**
**PO BOX 866**
**GROVE CITY PA 16127**