**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  GARY A. SMITH<br>DEBRA K. SMITH<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  GARY A. SMITH<br>DEBRA K. SMITH<br><br>          Respondents | Case No.11-11298TPA<br><br>Chapter 13<br><br>Document No. 193 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __26th__ day of _September_, 20_16_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Montgomery Truss & Panel
Attn: Payroll Manager
803 W Main St
Pob 866
Grove City, PA 16127

is hereby ordered to immediately terminate the attachment of the wages of GARY A. SMITH, social security number XXX-XX-9001. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GARY A. SMITH.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary A. Smith
Debra K. Smith
    Debtors

Case No. 11-11298-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: bsil              Page 1 of 1           Date Rcvd: Sep 26, 2016
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.
db/jdb        +Gary A. Smith,   Debra K. Smith,   1122 Old Route 8,   Polk, PA 16342-2032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel P. Foster    on behalf of Debtor Gary A. Smith dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Joint Debtor Debra K. Smith dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Jerome B. Blank    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
        Jerome B. Blank    on behalf of Creditor    M&T BANK pawb@fedphe.com
        Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Mulcahy    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com, FedPhe@hotmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                     TOTAL: 9