**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/26/16 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  GARY A. SMITH
DEBRA K. SMITH
       Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  GARY A. SMITH
DEBRA K. SMITH

      Respondents

Case No.11-11298TPA

Chapter 13

Document No. 194

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___26th___ day of __September__, 20_16_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Nt Concepts
Attn Payroll Administrator
1945 Old Gallows Road
Suite 400
Vienna, VA 22182

is hereby ordered to immediately terminate the attachment of the wages of DEBRA K. SMITH, social security number XXX-XX-9326.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEBRA K. SMITH.

BY THE COURT:

_____vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary A. Smith  
Debra K. Smith  
    Debtors

Case No. 11-11298-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: bsil | Page 1 of 1 | Date Rcvd: Sep 26, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.
db/jdb     +Gary A. Smith,   Debra K. Smith,   1122 Old Route 8,   Polk, PA 16342-2032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Daniel P. Foster    on behalf of Debtor Gary A. Smith dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    Daniel P. Foster    on behalf of Joint Debtor Debra K. Smith dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    Jerome B. Blank    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
    Jerome B. Blank    on behalf of Creditor    M&T BANK pawb@fedphe.com
    Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Mulcahy    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
     FedPhe@hotmail.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                  TOTAL: 9