Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gary A. Smith** | : | Case No. 11−11298−TPA |
| **Debra K. Smith** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 206 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/21/16 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this **28th day of October, 2016**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 206 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) **On or before December 12, 2016**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on **December 21, 2016 at 11:00 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 11-11298-TPA
Gary A. Smith                                                            Chapter 13
Debra K. Smith
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2              Date Rcvd: Oct 28, 2016
                              Form ID: 300b           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
```
db/jdb       +Gary A. Smith,   Debra K. Smith,   1122 Old Route 8,   Polk, PA 16342-2032
cr           +Bank of America, N.A.,   2380 Performance Dr,   Richardson, TX 75082-4333
13148799      AAA Financial Services,   P.O. Box 15026,   Wilmington, DE 19850-5026
13148800     +AmeriGas,   2540 Warren Drive, Suite C,   Rocklin, CA 95677-2178
13151973    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
             Wilmington, DE 19886-5102)
13209022     +BANK OF AMERICA, N.A., Et al,   BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
             PLANO, TX 75024-4100
13148802     +Bank Of America, N.a.,   450 American Street,   Simi Valley, CA 93065-6285
13148803     +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
             Wilmington, DE 19899-8833
13148804     +Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13148805     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13178176      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13148806     +Citifinancial Retail Services,   Citifinancial/Attn: Bankruptcy Dept,   Po Box 140489,
             Irving, TX 75014-0489
13148807    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
             Austin, TX 78708)
13148810     +First National Bank Slippery Rock,   3320 East State Street,   Hermitage, PA 16148-3301
13148811     +First United National Bank,   Po Box 7,   Fryburg, PA 16326-0007
13148817     +Hsbc/BonTon,   Hsbc Retail Services/Attn: Bankruptcy,   Po Box 5263,
             Carol Stream, IL 60197-5263
13148818     +Hsbc/boscov,   Po Box 5895,   Carol Stream, IL 60197-5895
13587828     +Keri P. Ebeck, Esquire,   Weltman, Weinberg, & Reis Co., LPA,   1400 Koppers Bldg.,
             436 Seventh Avenue,   Pittsburgh, PA 15219-1842
13148819     +Mercer County State Bank,   Po Box 38,   Sandy Lake, PA 16145-0038
13148820     +National City,   Po Box 5570,   Cleveland, OH 44101-0570
13148821     +National City Card,   100 North 13th Street,   Franklin, PA 16323-2352
13209703     +Peter J. Mulcahy, Esquire,   1617 JFK Boulevard,   Suite 1400,   One Penn Center Plaza,
             Philadelphia, PA 19103-1814
13148822      Sears/cbna,   133200 Smith Road,   Cleveland, OH 44130
13148823     +Sears/cbna,   8725 West Sahara Avenue,   The Lakes, NV 89163-0001
13148825     +Tractor Supply/cbsd,   Po Box 6500,   Sioux Falls, SD 57117-6500
13148826     +United Refining,   213 2nd Avenue,   Warren, PA 16365-2405
13148827     +Weisfield Jewelers,   Attn: Bankruptcy,   Po Box 3680,   Akron, OH 44309-3680
13148828     +Wfcb/Blair,   P.O. Box 182125,   Columbus, OH 43218-2125
13148829     +Wfnnb/lane Bryant,   Po Box 182686,   Columbus, OH 43218-2686
13148830     +Wfnnb/woman within,   Po Box 182686,   Columbus, OH 43218-2686
13148831      Worlds Foremost Bank,   4800 Northwest 1st Street,   Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2016 03:29:26
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL 33131-1605
13193407     +E-mail/Text: bncmail@w-legal.com Oct 29 2016 04:22:12      CANDICA, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13148808      E-mail/Text: mrdiscen@discover.com Oct 29 2016 04:21:16      Discover Financial,   Po Box 8003,
              Hilliard, OH 43026
13160794      E-mail/Text: mrdiscen@discover.com Oct 29 2016 04:21:16      Discover Bank,
              Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
13573211      E-mail/Text: mrdiscen@discover.com Oct 29 2016 04:21:16      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13148809     +E-mail/Text: bnc-bluestem@quantum3group.com Oct 29 2016 04:22:35      Fingerhut,
              6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
13148812     +E-mail/Text: slucas@for-cu.com Oct 29 2016 04:22:18      Franklin Oil Region Credit Union,
              101 North 13th Street,   Franklin, PA 16323-2343
13433885      E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:31:59      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13173234      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2016 03:26:47      GE Money Bank,
              c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13148813     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:29:20      GEMB / HH Gregg,
              Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13148814     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:26:35      Gemb/JCPenney,
              Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13148815     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:26:36      Gemb/pearle Vision,
              Po Box 981439,   El Paso, TX 79998-1439
13148816     +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:29:18      Gemb/qvc,   Po Box 971402,
              El Paso, TX 79997-1402
13832956      E-mail/Text: camanagement@mtb.com Oct 29 2016 04:21:31     M&T BANK,   P.O 840,
              BUFFALO, NY 14240-0840
```

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Oct 28, 2016
                               Form ID: 300b               Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13294432       +E-mail/Text: bknotice@ncmllc.com Oct 29 2016 04:22:14     National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13209706        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:32:29
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,   Norfolk, VA 23541
13209023        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:27:06
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13626845       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:27:09
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13433886        E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2016 03:29:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13148824        E-mail/PDF: cbp@onemainfinancial.com Oct 29 2016 03:23:43     Springleaf Financial Services,
                 120 Bon Aire Plaza,   Butler, PA 16003
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lakeview Loan Servicing, LLC
cr             Lakeview Loan Servicing, LLC
cr             M&T BANK
cr*           +National Capital Management, LLC,    8245 Tournament Drive,   Suite 230,
                 Memphis, TN 38125-1741
cr*           +PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
13193408*     +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13224218*     +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13148801      ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor Gary A. Smith dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Debra K. Smith dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Jerome B. Blank    on behalf of Creditor    M&T BANK pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Mulcahy    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               FedPhe@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```