**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GARY A. SMITH<br>DEBRA K. SMITH<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:11-11298 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/08/2011 and confirmed on 10/4/11 . The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,938.28 |
| Less Refunds to Debtor | 3,176.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,761.81 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,950.00 | |
|    Trustee Fee | 4,035.13 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,985.13 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 95,650.35 | 0.00 | 95,650.35 |
|     Acct: 2076 | | | | |
|   M & T BANK | 6,388.39 | 6,388.39 | 0.00 | 6,388.39 |
|     Acct: 2076 | | | | |
| | | | | 102,038.74 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 2,950.00 | 2,950.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY A. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY A. SMITH | 3,176.47 | 3,176.47 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERIGAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6918 | | | | |
|   FIA CARD SERVICES** SCCSR BANK OF | 4,104.24 | 853.39 | 0.00 | 853.39 |
|     Acct: 2320 | | | | |
|   FIA CARD SERVICES** SCCSR BANK OF | 3,856.79 | 801.94 | 0.00 | 801.94 |
|     Acct: 8495 | | | | |
|   CANDICA LLC | 4,823.65 | 1,002.98 | 0.00 | 1,002.98 |
|     Acct: 7500 | | | | |
|   CANDICA LLC | 4,611.96 | 958.96 | 0.00 | 958.96 |
|     Acct: 4922 | | | | |
|   CANDICA LLC | 1,719.51 | 357.54 | 0.00 | 357.54 |
|     Acct: 2576 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 3,728.48 | 775.26 | 0.00 | 775.26 |
|     Acct: 0013 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,440.31 | 507.41 | 0.00 | 507.41 |
|     Acct: 6215 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7445 | | | | |
|   DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX4085 | | | | |
|     DISCOVER BANK(*) | 4,160.19 | 865.03 | 0.00 | 865.03 |
|     Acct: 4074 | | | | |
|     FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7152 | | | | |
|     1ST NATL BANK SLIPPERY ROCK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9938 | | | | |
|     FIRST UNITED NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1594 | | | | |
|     FRANKLIN-OIL REGION CU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0525 | | | | |
|     GEMB/HH GREGG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9753 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, L | 268.54 | 55.84 | 0.00 | 55.84 |
|     Acct: 9609 | | | | |
|     GEMB/PEARL VISION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9201 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - | 3,095.89 | 643.73 | 0.00 | 643.73 |
|     Acct: 8216 | | | | |
|     HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1624 | | | | |
|     HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8639 | | | | |
|     MERCER COUNTY STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0105 | | | | |
|     NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5692 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, L | 3,179.84 | 661.18 | 0.00 | 661.18 |
|     Acct: 0100 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, L | 1,224.83 | 254.68 | 0.00 | 254.68 |
|     Acct: 1258 | | | | |
|     SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6317 | | | | |
|     TRACTOR SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5347 | | | | |
|     UNITED REFINING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3201 | | | | |
|     WEISFIELD JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5674 | | | | |
|     WFCB/BLAIR CATALOG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0820 | | | | |
|     WORLD FNCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0344 | | | | |
|     WOMAN WITHIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4122 | | | | |
|     WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6266 | | | | |
|     CANDICA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7500 | | | | |
|     ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 7,737.94 |

TOTAL PAID TO CREDITORS                                                                            109,776.68

|  |  |
|---|---:|
| TOTAL |  |
| CLAIMED | 0.00 |
| PRIORITY | 6,388.39 |
| SECURED | 37,214.23 |

Date: 10/26/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GARY A. SMITH
    DEBRA K. SMITH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-11298 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                        BY THE COURT:

                        _____
                        U.S. BANKRUPTCY JUDGE

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                 Case No. 11-11298-TPA
Gary A. Smith                                                          Chapter 13
Debra K. Smith
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1            User: vson                   Page 1 of 2                  Date Rcvd: Oct 28, 2016
                                Form ID: pdf900              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db/jdb         +Gary A. Smith,    Debra K. Smith,    1122 Old Route 8,    Polk, PA 16342-2032
cr             +Bank of America, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
13148799        AAA Financial Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
13148800       +AmeriGas,    2540 Warren Drive, Suite C,    Rocklin, CA 95677-2178
13151973      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                Wilmington, DE 19886-5102)
13209022       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                PLANO, TX 75024-4100
13148802       +Bank Of America, N.a.,    450 American Street,    Simi Valley, CA 93065-6285
13148803       +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
13148804       +Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13148805       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13178176        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13148806       +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 140489,
                Irving, TX 75014-0489
13148807      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
                Austin, TX 78708)
13148810       +First National Bank Slippery Rock,     3320 East State Street,    Hermitage, PA 16148-3301
13148811       +First United National Bank,    Po Box 7,    Fryburg, PA 16326-0007
13148817       +Hsbc/BonTon,    Hsbc Retail Services/Attn: Bankruptcy,    Po Box 5263,
                Carol Stream, IL 60197-5263
13148818       +Hsbc/boscov,    Po Box 5895,    Carol Stream, IL 60197-5895
13587828       +Keri P. Ebeck, Esquire,    Weltman, Weinberg, & Reis Co., LPA,    1400 Koppers Bldg.,
                436 Seventh Avenue,    Pittsburgh, PA 15219-1842
13148819       +Mercer County State Bank,    Po Box 38,    Sandy Lake, PA 16145-0038
13148820       +National City,    Po Box 5570,    Cleveland, OH 44101-0570
13148821       +National City Card,    100 North 13th Street,    Franklin, PA 16323-2352
13209703       +Peter J. Mulcahy, Esquire,    1617 JFK Boulevard,    Suite 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103-1814
13148822        Sears/cbna,    133200 Smith Road,    Cleveland, OH 44130
13148823       +Sears/cbna,    8725 West Sahara Avenue,    The Lakes, NV 89163-0001
13148825       +Tractor Supply/cbsd,    Po Box 6500,    Sioux Falls, SD 57117-6500
13148826       +United Refining,    213 2nd Avenue,    Warren, PA 16365-2405
13148827       +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
13148828       +Wfcb/Blair,    P.O. Box 182125,    Columbus, OH 43218-2125
13148829       +Wfnnb/lane Bryant,    Po Box 182686,    Columbus, OH 43218-2686
13148830       +Wfnnb/woman within,    Po Box 182686,    Columbus, OH 43218-2686
13148831        Worlds Foremost Bank,    4800 Northwest 1st Street,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2016 03:29:22
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13193407       +E-mail/Text: bncmail@w-legal.com Oct 29 2016 04:22:12      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13148808        E-mail/Text: mrdiscen@discover.com Oct 29 2016 04:21:16      Discover Financial,    Po Box 8003,
                 Hilliard, OH 43026
13160794        E-mail/Text: mrdiscen@discover.com Oct 29 2016 04:21:16      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
13573211        E-mail/Text: mrdiscen@discover.com Oct 29 2016 04:21:16      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13148809       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 29 2016 04:22:35       Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13148812       +E-mail/Text: slucas@for-cu.com Oct 29 2016 04:22:18      Franklin Oil Region Credit Union,
                 101 North 13th Street,    Franklin, PA 16323-2343
13433885        E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:31:52      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13173234        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2016 03:29:27       GE Money Bank,
                 c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13148813       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:29:12      GEMB / HH Gregg,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13148814       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:26:29      Gemb/JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13148815       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:26:29      Gemb/pearle Vision,
                 Po Box 981439,    El Paso, TX 79998-1439
13148816       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:31:52      Gemb/qvc,   Po Box 971402,
                 El Paso, TX 79997-1402
13832956        E-mail/Text: camanagement@mtb.com Oct 29 2016 04:21:31     M&T BANK,    P.O 840,
                 BUFFALO, NY 14240-0840
```

```
District/off: 0315-1           User: vson                  Page 2 of 2                   Date Rcvd: Oct 28, 2016
                               Form ID: pdf900             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13294432       +E-mail/Text: bknotice@ncmllc.com Oct 29 2016 04:22:12     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13209706        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:29:45
                 Portfolio Recovery Associates LLC,     P.O. Box 41067,    Norfolk, VA 23541
13209023        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:27:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13626845       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:29:43
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13433886        E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2016 03:26:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13148824        E-mail/PDF: cbp@onemainfinancial.com Oct 29 2016 03:23:43     Springleaf Financial Services,
                 120 Bon Aire Plaza,    Butler, PA 16003
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr              Lakeview Loan Servicing, LLC
cr              M&T BANK
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
cr*            +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13193408*      +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13224218*      +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13148801      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor Gary A. Smith dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Debra K. Smith dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Jerome B. Blank    on behalf of Creditor    M&T BANK pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Mulcahy    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               FedPhe@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9
```