**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 11-11298-TPA |
|  | : |  |
| **Gary A. Smith**, | : |  |
| **Debra K. Smith,** | : |  |
| *Debtor(s),* | : | Chapter 13 |
|  | : |  |
| Vs. | : |  |
|  | : |  |
|  | : |  |
| **AAA Financial Services**, | : |  |
| *Movant(s)* | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     AAA Financial Services
**Incorrect Address:**  PO Box 15026 Wilmington, DE 19850

**Correct Address:**    572 W Broad St. Hazleton, PA 18201

                                                  Respectfully Submitted,

Date: <u>November 9, 2016</u>       /s/ Daniel P. Foster, Esquire
                                                  Daniel P. Foster, Esquire
                                                  PA I.D. #92376
                                                  FOSTER LAW OFFICES
                                                  PO Box 966
                                                  Meadville, PA 16335
                                                  Tel: 814.724.1165
                                                  Fax: 814.724.1158
                                                  Dan@MrDebtBuster.com
                                                  Attorney for Debtors