**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GARY A. SMITH<br>DEBRA K. SMITH<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>      vs.<br>No Repondents. | Case No.:11-11298 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1.  The case was filed on 08/08/2011  and confirmed on 10/04/2011 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

  2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,063.28 |
| Less Refunds to Debtor | 4,301.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,761.81 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,950.00 | |
|    Trustee Fee | 4,035.13 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,985.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 95,650.35 | 0.00 | 95,650.35 |
|    Acct: 2076 | | | | |
| M & T BANK | 6,388.39 | 6,388.39 | 0.00 | 6,388.39 |
|    Acct: 2076 | | | | |
| | | | | 102,038.74 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 2,950.00 | 2,950.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| GARY A. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| GARY A. SMITH | 3,176.47 | 3,176.47 | 0.00 | 0.00 |
|    Acct: | | | | |
| GARY A. SMITH | 225.00 | 225.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| GARY A. SMITH | 900.00 | 900.00 | 0.00 | 0.00 |
|    Acct: | | | | |

* * *  N O N E  * * *

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| AMERIGAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6918 | | | | |
| FIA CARD SERVICES** SCCSR BANK OF A | 4,104.24 | 853.39 | 0.00 | 853.39 |
| Acct: 2320 | | | | |
| FIA CARD SERVICES** SCCSR BANK OF A | 3,856.79 | 801.94 | 0.00 | 801.94 |
| Acct: 8495 | | | | |
| CANDICA LLC | 4,823.65 | 1,002.98 | 0.00 | 1,002.98 |
| Acct: 7500 | | | | |
| CANDICA LLC | 4,611.96 | 958.96 | 0.00 | 958.96 |
| Acct: 4922 | | | | |
| CANDICA LLC | 1,719.51 | 357.54 | 0.00 | 357.54 |
| Acct: 2576 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 3,728.48 | 775.26 | 0.00 | 775.26 |
| Acct: 0013 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 2,440.31 | 507.41 | 0.00 | 507.41 |
| Acct: 6215 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7445 | | | | |
| DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4085 | | | | |
| DISCOVER BANK(*) | 4,160.19 | 865.03 | 0.00 | 865.03 |
| Acct: 4074 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7152 | | | | |
| 1ST NATL BANK SLIPPERY ROCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9938 | | | | |
| FIRST UNITED NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1594 | | | | |
| FRANKLIN-OIL REGION CU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0525 | | | | |
| GEMB/HH GREGG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9753 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 268.54 | 55.84 | 0.00 | 55.84 |
| Acct: 9609 | | | | |
| GEMB/PEARL VISION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9201 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 3,095.89 | 643.73 | 0.00 | 643.73 |
| Acct: 8216 | | | | |
| HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1624 | | | | |
| HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8639 | | | | |
| MERCER COUNTY STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0105 | | | | |
| NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5692 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,179.84 | 661.18 | 0.00 | 661.18 |
| Acct: 0100 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,224.83 | 254.68 | 0.00 | 254.68 |
| Acct: 1258 | | | | |
| SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6317 | | | | |
| TRACTOR SUPPLY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5347 | | | | |
| UNITED REFINING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3201 | | | | |
| WEISFIELD JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5674 | | | | |
| WFCB/BLAIR CATALOG++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX0820 | | | | |
| WORLD FNCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0344 | | | | |
| WOMAN WITHIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4122 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6266 | | | | |
| CANDICA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7500 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,737.94 |

TOTAL PAID TO CREDITORS                                                                109,776.68

TOTAL CLAIMED
PRIORITY            0.00
SECURED         6,388.39
UNSECURED      37.214.23

Date: 04/13/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com